SCHLAEFER *v.* HEIBERGER.

*(Supreme Court, General Term, Second Department.* February 11, 1889.)

PAYMENT—VOLUNTARY PAYMENT—RIGHT TO RECOVER.

Where one voluntarily, and not induced by false representations, or acting under a misconception of fact, pays a just claim against another person, he cannot recover the money so paid.[1]

Appeal from Kings county court.

Action by Charles F. Schlaefer against William Heiberger.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Cameron & Kropp*, for appellant.     *James F. Quigley*, for respondent.

DYKMAN, J. The defendant in this action had a bill against the father of the plaintiff, and he caused it to be presented to the plaintiff's wife, and she paid it voluntarily. This action was then commenced in a court of a justice of the peace for the recovery of the money. The defendant had judgment in the first court, which was affirmed on appeal to the county court, and now the plaintiff has brought the case here on appeal. The payment was not induced by false representations, and there was no mistake or misconception of fact, and the payment resulted in the discharge of a just debt, and we find no reason for interference with the judgment. The judgment should therefore be affirmed, with costs.